■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK ONIHA, Appellant. [736 NYS2d 906] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered December 21, 1999, convicting him of robbery in the first degree, robbery in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly modified its *Sandoval* ruling (*see, People v Sandoval,* 34 NY2d 371), in light of the testimony presented by the defense (*see, People v Rodriguez,* 85 NY2d 586, 591; *People v Fardan,* 82 NY2d 638, 646; *People v McElroy,* 239 AD2d 521).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not require reversal. Florio, J.P., O'Brien, H. Miller and Townes, JJ., concur.